# Order

Michigan Supreme Court
Lansing, Michigan

November 21, 2011

Robert P. Young, Jr.,
Chief Justice

143683

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

SC: 143683
COA: 298260
St Clair CC: 09-000435-FH

DAVID MICHAEL McLEAN,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 19, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2011

Clerk

t1114